UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 25-14020 (RLS) |
| | : | |
| v. | : | |
| | : | CONTINUANCE ORDER |
| WILLIAM MERKL | : | |

This matter having come before the Court on the joint application of the United States (by Ian D. Brater, Assistant U.S. Attorney), and defendant WILLIAM MERKL (by Mark J. Molz, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through November 3, 2025; and two continuances having previously been granted by this Court; and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b); and the defendant, through his attorney, having consented to this continuance; and for good and sufficient cause shown,

   IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

   (1)  The parties have reached a plea agreement and are requesting additional time for the scheduling of the plea hearing and the defendant's entry of the guilty plea, which will render trial of this matter unnecessary;

   (2)  The defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 3rd day of September, 2025,

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through November 3, 2025; and it is further

ORDERED that the period from the date this Order is signed through and including November 3, 2025 shall be excludable in computing time under the Speedy Trial Act of 1974.

                                            S/ RUKHSANAH L. SINGH
                                            HON. RUKHSANAH L. SINGH
                                            United States Magistrate Judge

Form and entry consented to:

*/s/ Mark J. Molz*

Mark J. Molz, Esq.
Counsel for Defendant

*/s/ Ian D. Brater*

Ian D. Brater
Assistant U.S. Attorney

2